**Opinion issued December 15, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00771-CR

## NO. 01-22-00772-CR

_____

**EDUARDO MARCOS LUJAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Case No. 21-0249-K26 and 21-0250-K26**

---

## MEMORANDUM OPINION

Appellant Eduardo Marcos Lujan filed unopposed motions to abate these appeals, stating that he no longer wished to pursue his appeals. Attached to the motions were statements signed by appellant stating that he would like to abate the

appeals and he understood that "this means that the appeal will not continue, and the sentence will remain as it is."

We issued an order on November 3, 2022, stating that the Court would consider the motion to abate to be motions to dismiss the appeals unless appellant responded to our order within 10 days explaining why the Court should not construe the motions to abate as motions to dismiss the appeals. No response was filed.

Accordingly, we construe appellant's October 31, 2022 motions to abate to be motions to dismiss the appeals. We grant these motions and dismiss both appeals. *See* TEX. R. APP. P. 42.2(a). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).